IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEITH TESKY, MARK TESSMER, KENNETH OLLERMAN, CHRISTOPHER VANGOETHEM, and KAL TESKY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BONE & JOINT CLINIC, S.C.,<br><br>                Defendant. | Case No 3:23-cv-00184 - Consolidated<br><br>Judge James D. Peterson |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**

Plaintiffs Keith Tesky, Mark Tessmer, Kenneth Ollerman, Christopher Vangoethem, and Kal Tesky, individually (collectively, "Plaintiffs"), and on behalf of all others similarly situated, hereby submit this Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Incentive Awards.

In support of this Motion, Plaintiffs rely on the attached Brief in Support, the supporting Exhibits, and oral argument during the Final Approval Hearing that is set for January 7, 2026.

Dated: December 1, 2025                Respectfully submitted,

                                                              */s/ Danielle L. Perry*
                                                              Lisa A. White (admitted, WD of Wisconsin)
                                                               Gary E. Mason (*pro hac vice*)
                                                               Danielle L. Perry (*pro hac vice*)
                                                               **MASON LLP**
                                                               5335 Wisconsin Avenue, NW, Suite 640
                                                               Washington, DC 20015
                                                               Telephone: (202) 429-2290

lwhite@masonllp.com
gmason@masonllp.com
dperry@masonllp.com

Samuel J. Strauss (Bar No. 1113942)
Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
(872) 263-1100
sam@straussborrelli.com
raina@turkestrauss.com

Kenneth J. Grunfeld (admitted, WD of Wisconsin)
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: 954-525-4100
grunfeld@kolawyers.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I, Danielle L. Perry, hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

                                              */s/ Danielle L. Perry*
                                              Danielle L. Perry