IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEITH TESKY, MARK TESSMER,
KENNETH OLLERMAN,
CHRISTOPHER VANGOETHEM, and
KAL TESKY, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

 v.

BONE & JOINT CLINIC, S.C.,

      Defendant.

ORDER

23-cv-184-jdp
23-cv-187-jdp
23-cv-189-jdp
23-cv-287-jdp

---

  The court held a settlement approval hearing in this class action involving a data breach. The court approved the amount of the settlement, $575,000, along with $12,809.76 in litigation expenses and an estimated $137,555 in administrative expenses. The court approved attorney fees in the amount of one-third of the total after estimated expenses are subtracted, or $141,545.08 ($575,000 - $12,809.76 - $137,555 x 1/3).

  The court could not grant final approval of the settlement agreement because the parties have not yet finished processing the claims. The parties may have until March 9, 2026, to provide final figures, including the number of claims submitted, the number of claims rejected, the reasons for rejecting any claims, any evidence supporting the decision to reject a claim, each class member's pro rata share, and any updated information on administrative expenses. If the parties are not finished processing claims by then, they should show cause why have they have not finished and identify how much more time they need.

Once the numbers are finalized, the court will issue a decision on final approval and dismiss the case without prejudice. Once the parties have met their obligations under the settlement, the parties may move to dismiss the case with prejudice if they wish.

Entered January 7, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge